1  McGREGOR W. SCOTT
United States Attorney

2
G. PATRICK JENNINGS
3  Trial Attorney, Tax Division
U.S. Department of Justice
4  P.O. Box 683
Ben Franklin Station
5  Washington, D.C.  20044-0683
Telephone:(202) 307-6648
6  Facsimile:  (202) 307-0054
Guy.P.Jennings@usdoj.gov

7

8  Attorneys for the United States of America

9            IN THE UNITED STATES DISTRICT COURT FOR THE

10                  EASTERN DISTRICT OF CALIFORNIA

11                                          )
UNITED STATES OF AMERICA,                   )  Case No. 2:98-CV-0442 FCD DAD
12                                          )
              Plaintiff,                    )
13       v.                                 )  **ORDER CONTINUING HEARING**
                                            )
14  LEE D. WIGHT,                           )
MARJORIE A. WIGHT,                          )  Date:  December 1, 2006
15  SKY ISLAND GROUP,                       )  Time:  10:00 a.m.
REPUBLIQUE TRUST COMPANY LTD.,              )  Place: Courtroom 27
16  W.A.G./N.C.E. COMPANY,                  )
AMERICAN SECURITIES COMPANY,                )
17  WELLS FARGO BANK,                       )
TAHOE TITLE GUARANTY COMPANY,               )
18  GMAC MORTGAGE CORPORATION,              )
                                            )
19            Defendants.                   )
                                            )
20

21       Defendant Lee D. Wight has filed a motion to continue in order to obtain counsel.  The

22  United States filed a notice of non-opposition to the motion.  The hearing on the United States'

23  Motion for Order of Judicial Sale is continued from December 1, 2006, to a new date of

24  **February 23, 2007, at 10:00 a.m.**, in Courtroom 27.

25       **IT IS SO ORDERED.**

26  DATED: November 13, 2006.

27                                    _____
                                      DALE A. DROZD
28  Ddad1/orders.prose/wight0442.ord  UNITED STATES MAGISTRATE JUDGE