IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                       No. CIV S-98-0442 FCD DAD

    v.

LEE D. WIGHT, et al.,                 <u>ORDER</u>

        Defendants.
_____/

        This matter came before the undersigned on May 18, 2007, for hearing on plaintiff's motion to strike three amended motions filed by defendant Lee D. Wight on March 26, 2007. G. Patrick Jennings appeared telephonically on behalf of plaintiff. Defendant Wight did not file opposition to plaintiff's motion to strike but appeared at the hearing on his own behalf.

        Having considered all written materials submitted in connection with plaintiff's motion and having heard oral argument from the parties, for the reasons stated on the record, IT IS ORDERED that:

        1. Plaintiff's April 12, 2007 motion to strike is granted;

        2. Defendant Lee Wight's March 26, 2007 amended motion for preliminary injunction (document #207) is denied;

/////

1

3. Defendant Lee Wight's March 26, 2007 amended motion to vacate, void, and abate (document #208) is denied; and

4. Defendant Lee Wight's March 26, 2007 amended motion for relief (document #209) is denied.

DATED: May 21, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/wight0442.oah.051807