IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                       No. CIV S-98-0442 FCD DAD

   vs.

LEE D. WIGHT, et al.,

        Defendants.             ORDER

_____/

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. 636 and Local Rule 72-302(c).

        On March 8, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. One of the nine defendants filed timely objections to the findings and recommendations. The defendant filed amended objections that were also timely. Plaintiff filed a timely reply. Without leave of court, and more than a month after the reply was filed, the defendant filed a document that purports to be objections to plaintiff's reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the

1

entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 8, 2007, are adopted in full;

2. Plaintiff's October 17, 2006 motion for order of judicial sale and order designating manner of publication (docket no. 190) is granted;

3. Plaintiff's February 22, 2007 motion to strike (docket no. 198) is granted, and defendant Sky Island Group's February 20, 2007 motion for order to cease and desist (docket no. 196) is stricken; and

4. The order of judicial sale proposed by plaintiff shall be filed concurrently with this order.

DATED: June 1, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE