IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

LEE D. WIGHT, et al.,

    Defendants.

_____/

No. CIV S-98-0442 FCD DAD

ORDER

On June 15, 2007, defendant Lee D. Wight filed a motion to vacate, void, and abate this court's June 4, 2007 Order, which the court interprets as a motion for reconsideration. Pursuant to E.D. Cal. L.R. 78-230(k), a party seeking reconsideration of the court's ruling on a motion must set forth the material facts and circumstances surrounding each motion, including "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon prior motion." E.D. Cal. L.R. 78-230(k)(3). Upon review of defendant's briefing, defendant has failed to set forth new or different facts or circumstances that were not shown or considered at the time of the prior motion.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, this court's order, filed June 4, 2007, is affirmed.

  IT IS SO ORDERED.

DATED: September 24, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE