IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                              No.  CIV S-98-0442 FCD DAD

    v.

LEE D. WIGHT, et al.,                     <u>ORDER</u>

        Defendants.

_____/

        This case, which is closed and on appeal, came before the undersigned on February 13, 2009, for hearing on plaintiff's motion to strike a series of documents recently filed by pro se defendants Lee Wight and Marjorie Wight.  G. Patrick Jennings, Esq. appeared telephonically on behalf of plaintiff.  No appearance was made by or on behalf of defendants Lee Wight and Marjorie Wight.

        Neither defendant has filed any document that addresses plaintiff's motion on its merits.  On January 29, 2009, defendant Lee Wright filed a photocopy of plaintiff's motion on each page of which is superimposed a large stamp reading in part:  "Notice I Do Not Accept This Offer of Contract and I Do Not Consent to This Proceeding and I Do Not Consent to be Fiduciary or Surety."  (Doc. No. 266.)  On February 3, 2009, defendant Lee Wight filed a document titled "Notice of Order and Order to Strike Docket No. 264," to which is attached a copy of plaintiff's

notice of motion with the same stamp superimposed on each page. (Doc. No. 267.) On February 10, 2009, defendant Lee Wight filed a document titled "Notice of Void Order," to which is attached a copy of the order of judicial sale issued by Judge Damrell on June 4, 2007, with the same stamp superimposed on the first page of the document. These filings by defendant Lee Wight[1] do not comply with Local Rule 7-131, and each filing violates the orders issued by Judge Damrell on December 20, 2000 (Doc. No. 124) and March 20, 2002 (Doc. No. 178).

Having considered plaintiff's unopposed motion, plaintiff's arguments at the hearing of the properly noticed motion, and the entire file, and for the reasons stated on the record, IT IS ORDERED that:

1. Plaintiff's January 12, 2009 motion to strike (Doc. No. 264) is granted; and

2. Defendants' filings docketed as numbers 255, 256, 257, 258, 259, 260, 261, 262, 263, 265, 266, 267, and 269 are stricken.

DATED: February 17, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/wight0442.oah.021309

---

[1] None of these documents bears the signature of defendant Marjorie Wight.

2