IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br>LEE D. WIGHT,<br>MARJORIE A. WIGHT,<br>SKY ISLAND GROUP,<br>REPUBLIC TRUST COMPANY LTD.,<br>WAG/NCE COMPANY,<br>AMERICAN SECURITIES COMPANY,<br>WELLS FARGO BANK,<br>TAHOE TITLE GUARANTY COMPANY,<br>GMAT MORTGAGE CORPORATION,<br><br>　　　　Defendants. | Civil No. 2:98-CV-00442 FCD DAD PS<br><br>**ORDER TO VACATE PREMISES** |

　　WHEREFORE, the plaintiff, the United States of America, having requested and been granted the foreclosure of its liens upon the real property commonly known as 2685 Plumbago Court, Rocklin, California, and the real property at 121 West Valley Street, Colfax, California, (collectively, the "subject property"), and the United States having requested an Order of this Court that the defendants Lee D. Wight and Marjorie A. Wight (the "taxpayers"), and all other parties acting in concert with, or on their behalf, or residing thereon, vacate and depart from the subject property at on or before 12:00 o'clock noon on February 15, 2010, and good cause having been found,

　　**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the defendants Lee D. Wight and Marjorie A. Wight and all other persons acting in concert with them, or on their

1  behalf, or residing at the subject property, shall, no later than 12:00 o'clock noon on February
2  15, 2010 vacate and depart from the subject property, and

3  **IT IS FURTHER ORDERED** that the United States Marshal is authorized and directed to
4  enforce this Order at any time that he deems appropriate after 12:00 o'clock noon on February
5  15, 2010 by (1) entering the subject property, and any and all structures and vehicles located
6  thereon, (2) evicting any unauthorized persons from all locations on the property, including, but
7  not limited to, the structures, vehicles, and grounds, and (3) using force as necessary to
8  accomplish this mission.  When the United States Marshal concludes that all unauthorized
9  persons have vacated, or been evicted from the property, he shall relinquish possession and
10 custody of the subject property, and any personal property found thereon, to an Internal
11 Revenue Service Property Appraisal and Liquidation Specialist, and

12 **IT IS FURTHER ORDERED** that, should Lee D. Wight, Marjorie A. Wight, or any person
13 acting on their behalf, or in concert with them, or residing thereon, either fail to vacate and
14 depart from the subject property by 12:00 o'clock noon on February 15, 2010 or attempt to
15 enter onto the subject property after that date and time, that person shall be subject to being
16 found in contempt of this Order of this Court, which may subject that person to a fine,
17 incarceration, or both, and

18 **IT IS FURTHER ORDERED** that the United States Marshal, within ten days of the entry
19 of this Order, provide notice of it to Lee D. Wight and Marjorie A. Wight or any person residing
20 at the subject property, by hand delivery of a copy of this Order, or by leaving a copy of this
21 Order posted in a prominent location at each building at the subject property.  In the event the
22 Order is posted, the United States will mail a copy of the Order to each property.

23 **IT IS SO ORDERED**.

25 Dated: November 13, 2009

26 _____
   FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE