UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:98-CV-00442 GEB DAD |
| Plaintiff, | |
| v. | **ORDER CONFIRMING SALE**[1] |
| LEE D. WIGHT, MARJORIE A. WIGHT, SKY ISLAND GROUP, REPUBLIQUE TRUST COMPANY LTD., W.A.G./N.C.E. COMPANY, AMERICAN SECURITIES COMPANY, WELLS FARGO BANK, IMCO REALTY SERVICES INC., TAHOE TITLE GUARANTY COMPANY, GMAC MORTGAGE CORPORATION, JENNINGS H. PEWTHERS, JOHN H. MANIACI, II, | |
| Defendants. | |

The United States moves to confirm the sale of two properties to enforce federal tax liens. The first property is located at 2685 Plumbago Court, Rocklin, California (hereinafter referred to as the "2685 Plumbago Court"). The property is in Placer County, California, and is more particularly described as follows:

> Lot 108, Sunset Country Club Unit No. 6, as shown on the map thereof filed in Book H of Maps and page 22, Placer County Records.

---

[1] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

The second property is located at 121 West Grass Valley Street, Colfax, California, 95648 (hereinafter referred to as the "121 West Grass Valley Street"). The property is in Placer County, California, and is more particularly described as follows:

> Commencing at the quarter corner on the North line of Section 3, Township 14 North, Range 9 East, MDB&M., and running thence south 83E 43' 30" East 884.66 feet thence South 77E 51' 15" East 231.58 feet to a point on the North line of Grass Valley Street at the Southeast corner of the parcel to be described hereby, the point of beginning, from which point the Southeast corner of lot 12, block 3, of the original town of Colfax bears South 77E 51' 15" East 499.45 feet; and running thence along the North line of Grass Valley Street North 77E 51' 15" West 49.58 feet; thence North 12E 08' 45" East 100.00 feet; thence South 77E 51' 15" East 70.46 feet; thence South 12E 08' 45" West 100.00 feet; thence North 77E 51' 15" West 20.88 feet to the point of beginning.

The properties are referred to collectively as "the Properties."

The Court finds that the sale of the Properties was conducted by the United States in compliance with 28 U.S.C. §§ 2001-2002, and that payment was made and accepted in compliance with the terms of the Amended Order of Judicial Sale dated March 16, 2010. (ECF No. 299.) Accordingly, the motion is **GRANTED**, and,

**IT IS ORDERED THAT** the sales on July 9, 2013, of 2685 Plumbago Court, and on August 29, 2013, of 121 West Grass Valley Street were properly conducted. The sales are hereby confirmed.

**IT IS FURTHER ORDERED THAT** the Internal Revenue Service is authorized to execute and deliver to the purchasers a Certificate of Sale and Deed conveying each property to the

1    purchaser thereof or to any assignee.

2    **IT IS FURTHER ORDERED THAT**, on delivery of the

3    Certificate of Sale and Deed, all interests in, liens against, or

4    claims to 2685 Plumbago Court and 121 West Grass Valley Street

5    that are held or asserted in this action by the plaintiff or any

6    of the defendants, or any successor-in-interest to any defendant,

7    are discharged.

8    **IT IS FURTHER ORDERED THAT** possession of the property

9    sold shall be yielded to the purchasers upon the production of a

10   copy of the Certificate of Sale and Deed, and if there is a

11   refusal to so yield, a Writ of Assistance may, without further

12   notice, be issued by the Clerk of this Court to compel delivery

13   of the property to the purchasers.

14   **IT IS FURTHER ORDERED THAT** the Clerk shall disburse the

15   proceeds of the sale from the Court's registry in the following

16   manner:

17   First, to the United States (payable to the Internal

18   Revenue Service, and sent to Internal Revenue Service, Attn:

19   Hallie Lipscomb, PALS, IRS, SA-5209, 4330 Watt Avenue Sacramento,

20   CA 95821) for expenses of sale in the amount of $5,440.00.

21   Second, to the "Placer County Tax Collector" (2976

22   Richardson Drive, Auburn, CA 95603) for unpaid real property tax

23   on "2685 Plumbago Court - APN 016-120-038-000" for the fiscal

24   year ending June 30, 2013, in the amount of $911.55.

25   Third, to the "Placer County Tax Collector" (2976

26   Richardson Drive, Auburn, CA 95603) for unpaid real property tax

27   on "121 West Grass Valley Street - APN 006-061-007-000" for the

28   fiscal year ending June 30, 2013, in the amount of $788.89.

1    **IT IS FURTHER ORDERED THAT** the government shall submit

2  a supplemental declaration and proposed order by October 30,

3  2013, at 12 p.m. that 1) accounts for the prorated portions of

4  the current fiscal year's property taxes that had matured when

5  the Properties were sold, so that such amounts may be dispersed

6  to the purchasers; and 2) states how the remaining sales proceeds

7  should be dispersed as between senior lienholders and the

8  Internal Revenue Service.

9    **IT IS SO ORDERED.**

10 Dated:  October 23, 2013

11

12

13 GARLAND E. BURRELL, JR.
   Senior United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4