IN THE UNITED STATES COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:98-CV-00442 GEB DAD |
| Plaintiff, | |
| v. | **ORDER OF DISTRIBUTION** |
| LEE D. WIGHT,<br>MARJORIE A. WIGHT,<br>SKY ISLAND GROUP,<br>REPUBLIQUE TRUST COMPANY LTD.,<br>W.A.G./N.C.E. COMPANY,<br>AMERICAN SECURITIES COMPANY,<br>WELLS FARGO BANK,<br>TAHOE TITLE GUARANTY COMPANY,<br>GMAC MORTGAGE CORPORATION, | |
| Defendants. | |

The United States moves for an order to distribute sale proceeds held by the Court. For good cause shown,

**IT IS ORDERED THAT** the Clerk shall disburse all remaining proceeds of the sales from the Court's registry in the following manner:

First, to the buyer of 2685 Plumbago Court property (payable to "MCI Nextgen Properties LLC" and sent to 4004 Legend Drive, Rocklin, CA 95765) for prorated real property tax in the amount of $34.08.

Second, to the buyer of the 121 West Grass Valley Street property (payable to "Kim Douglas" and sent to P.O. Box 1587, Colfax CA 95713) for prorated real property tax in the amount of $548.26.

Third, to Wells Fargo Bank (made payable to "Wells Fargo Bank", and sent to Dean A. Christopherson, DAWE & CHRISTOPHERSON LLP, 1350 Treat Boulevard, Suite 420, Walnut Creek, CA 94597) for its secured priority lien in the amount of $30,866.38.

Fourth, all remaining sale proceeds held by the Court, with any interest accrued, without reduction for registry fees, to the United States and made payable to the "U.S. Department of Justice" and mailed to the

> Department of Justice ATTN: TAXFLU
> P.O. Box 310 - Ben Franklin Station
> Washington, D.C. 20044

to be applied to the tax judgment in this case,

**IT IS SO ORDERED.**

Dated: December 13, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge