UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEE D. WIGHT, et al.,<br><br>Defendant. | No. 2:98-cv-00442-DAD-DB (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO RENEW JUDGMENT LIEN AGAINST DEFENDANT MARJORIE A. WIGHT<br><br>(Doc. Nos. 317, 320) |

On December 30, 2021, plaintiff United States filed a motion "for renewal of the lien related to the judgment entered in this case on January 4, 2002, in favor of the United States and against Marjorie A. Wight," pursuant to 28 U.S.C. § 3201(c)(2). (Doc. No. 317.) On October 6, 2022, the motion was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302, because defendants Lee D. Wight and Marjorie A. Wight are proceeding in this action *pro se*.

On October 12, 2022, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to renew the judgment entered in this case be granted because plaintiff's notice was filed prior to the expiration of the 20-year period, as required by 28 U.S.C. § 3201(c), and defendants did not oppose the motion. (Doc. No. 320.) Those findings and recommendations were served on all parties and contained notice that any objections thereto were

to be filed within fourteen (14) days of service. (*Id.* at 2.) No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on October 12, 2022 (Doc. No. 320) are adopted in full;
2. Plaintiff's motion to renew the judgment (Doc. No. 317) is granted; and
3. The judgment entered in this case on January 4, 2002 is renewed.

IT IS SO ORDERED.

Dated: **November 1, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2